In the Matter of the Claim of CARMELA SOFO, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—

Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

In the Matter of the Claim of KATHRYN DAUGHERTY, Respondent, v. MIDLAND PAINTING COMPANY et al., Appellants.— WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.